1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   AllianceOne Receivables, Inc.
7

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11  ELENITA C. GONZALES,           )   CASE NO.: C10-01284 TEH
                                   )
12              Plaintiff,         )
                                   )   **STIPULATION AND [PROPOSED]**
13       vs.                       )   **ORDER TO CONTINUE CASE**
                                   )   **MANAGEMENT CONFERENCE**
14  ALLIANCE ONE RECEIVABLES       )
    MANAGEMENT, INC.               )
15                                 )   Honorable Thelton E. Henderson
                Defendant.         )
16                                 )
17  _____ )

18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS the Court set this action for a Case Management Conference on
2  July 12, 2010 at 1:30 p.m. by the Order dated March 26, 2010; and,
3  WHEREAS counsel for defendant AllianceOne Receivables, Inc., Tomio B.
4  Narita and Jeffrey A. Topor, are both unavailable to attend the Case Management
5  Conference on that date due to their scheduled attendance at an out-of-state
6  professional conference,
7  THEREFORE, the parties hereby request to that the Court continue the case
8  management conference to July 19, 2010 or to a date thereafter that is convenient
9  to the Court.

10

11  DATED: April 1, 2010                    THE BERG LAW GROUP
                                             IRVING L. BERG
12

13                                           By:  s/Irving L. Berg
                                                  Irving L. Berg
14                                                Attorneys for plaintiff
                                                  Elenita C. Gonzales
15

16
17  DATED: April 1, 2010                    SIMMONDS & NARITA LLP
                                             TOMIO B. NARITA
                                             JEFFREY A. TOPOR
18

19
                                             By:  s/Jeffrey A. Topor
20                                                Jeffrey A. Topor
                                                  Attorneys for defendant
21                                                AllianceOne Receivables, Inc.

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference is continued from July 12, 2010 to _____July 19_____, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated: ___04/05___, 2010         By: _____
                                      Honorable Thelton E. Henderson
                                      United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed "Judge Thelton E. Henderson"]*