UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ELENITA GONZALES,

        Plaintiff,

v.

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.,

        Defendants.

Case No.: 10-1284 TEH

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties that the herein action be dismissed with prejudice as to all Defendants and without costs and attorneys fees to any party, all costs and attorneys fees having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 19th day of May, 2010

Elenita Gonzales, Plaintiff

_____
Irving L. Berg, Esq.
The Berg Law Group
For Plaintiff

Alliance One Receivables Management, Inc.

_____
by Jeffery Topor, Esq.
Simmonds & Narita LLP
For Defendant

IT IS SO ORDERED
Judge Thelton E. Henderson
05/24/10

STIPULATION TO DISMISS

GONZALES v. ALLIANCE ONE RECEIVABLES MANAGEMENT, INC.
CASE NO. 10-1284 TEH